IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**VS.**<br><br>**DARRELL JORDAN,**<br>Defendant | **NO. 5: 06-CR-45 (WDO)**<br><br>VIOLATIONS:  DRUG RELATED |

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO *BAIL REFORM ACT*

The above-named defendant this day appeared before the undersigned for INITIAL APPEARANCE pursuant to the FEDERAL RULES OF CRIMINAL PROCEDURE. The government was represented by Assistant U.S. Attorney Tracia King; the defendant was represented by Mr. Doye Green, Jr. of the Macon Bar. The government seeks the pretrial detention of the defendant.

Accordingly, IT IS ORDERED AND DIRECTED that a DETENTION HEARING be, and it is, hereby ordered to convene at **2:30 P. M.** on **NOVEMBER 21, 2007,** at which time the defendant shall be and appear for further proceedings herein before Claude W. Hicks, Jr., UNITED STATES MAGISTRATE JUDGE, at the United States Courthouse, 475 Mulberry Street, Macon, Georgia. In the meantime, the defendant shall be **TEMPORARILY DETAINED** in custody by the United States Marshal who shall produce him for said hearing as provided by law.

SO ORDERED AND DIRECTED, this 20th day of NOVEMBER, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE